IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, EMMANUEL BAPTIST CHURCH, NEW OXLEY HILL BAPTIST CHURCH, BETHEL A. BAPTIST CHURCH, COVENANT PRESBYTERIAN CHURCH, CLINTON TABERNACLE AME ZION CHURCH, BARBEE'S CHAPEL MISSIONARY BAPTIST CHURCH, INC., ROSANELL EATON, ARMENTA EATON, CAROLYN COLEMAN, BAHEEYAH MADANY, JOCELYN FERGUSON-KELLY, FAITH JACKSON, AND MARY PERRY,<br>                      Plaintiffs,<br><br>v.<br><br>PATRICK LLOYD MCCRORY, in his official capacity as the Governor of North Carolina, KIM WESTBROOK STRACH, in her official capacity as Executive Director of the North Carolina State Board of Elections, JOSHUA B. HOWARD, in his official capacity as Chairman of the North Carolina State Board of Elections, RHONDA K. AMOROSO, in her official capacity as Secretary of the North Carolina State Board of Elections, JOSHUA D. MALCOLM, in his official capacity as a member of the North Carolina State Board of Elections, PAUL J. FOLEY, in his official capacity as a member of the North Carolina State Board of Elections and MAJA KRICKER, in her official capacity as a member of the North Carolina State Board of Elections,<br><br>                      Defendants. | Civil Action No. 1:13-CV-658 |

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, A. PHILIP RANDOLPH INSTITUTE, UNIFOUR ONESTOP COLLABORATIVE, COMMON CAUSE NORTH CAROLINA, GOLDIE WELLS, KAY BRANDON, OCTAVIA RAINEY, SARA STOHLER, and HUGH STOHLER, <br><br>        Plaintiffs, <br><br>        v. <br><br>THE STATE OF NORTH CAROLINA, JOSHUA B. HOWARD in his official capacity as a member of the State Board of Elections, RHONDA K. AMOROSO in her official capacity as a member of the State Board of Elections, JOSHUA D. MALCOLM in his official capacity as a member of the State Board of Elections, PAUL J. FOLEY in his official capacity as a member of the State Board of Elections, MAJA KRICKER in her official capacity as a member of the State Board of Elections, and PATRICK L. MCCRORY in his official capacity as Governor of the state of North Carolina, <br><br>        Defendants. | Civil Action No. 1:13-CV-660 |
| UNITED STATES OF AMERICA, <br><br>        Plaintiff, <br><br>        v. <br><br>THE STATE OF NORTH CAROLINA; THE NORTH CAROLINA STATE BOARD OF ELECTIONS; and KIM W. STRACH, in her official capacity as Executive Director of the North Carolina State Board of Elections, | Civil Action No. 1:13-CV-861 |

Defendants.

### DEFENDANTS' MOTION REGARDING ORDER ON ELECTRONICALLY STORED DOCUMENTS AND EMERGENCY REQUEST FOR BRIEFING SCHEDULE

On December 19, 2013, plaintiffs have or will be filing a proposed order regarding electronically stored information. The parties reached agreement on all of the terms and conditions in plaintiffs' proposed order except as follows.

1. In the section of plaintiffs' proposed order labeled "A. Provisions for the Production of Documents and ESI", defendants propose a new paragraph 9A which states:

> 9A. Documents created after August 12, 2013 are presumed to be unresponsive and not relevant. To the extent any party contends that documents created after August 12, 2013 are relevant to their claims, the parties shall meet and confer regarding these contentions. Upon a failure of the parties to agree, the party seeking discovery may move to compel the production of documents created after August 12, 2013, and such documents shall be produced upon a finding by the court that such documents are not privileged and are relevant or may lead to relevant information.

2. Defendants propose the following language for paragraph 33 of plaintiffs' proposed order:

33. The parties shall provide sufficient information in privilege logs to establish the elements of each asserted privilege. *See, e.g., Kelly v. United States*, 281 F.R.D. 270, 277 (E.D. N.C. 2012). However, for documents created in connection with this litigation, the parties need not produce a privilege log for any privileged or protected documents that were created or exchanged by:

    (a)    attorneys or staff of the United States Department of Justice;

    (b)    attorneys or staff of the United States Department of Justice and other federal agencies;

    (c)    attorneys or staff of the Office of the North Carolina Attorney General, its co-counsel Ogletree Deakins and its staff, counsel for the Speaker of the North Carolina House of Representatives ("Speaker"), counsel for the President Pro Tem of the North Carolina Senate ("President Pro Tem"), and counsel for defendant McCrory and his staff; and

    (d)    counsel for the plaintiffs and their staff and co-counsel and their staffs.

33A    The parties agree that for documents created after August 12, 2013, in connection with this litigation, the parties need not produce a privilege log for any privileged or protected documents that were created or exchanged by:

    (a)    attorneys or staff of the Office of the North Carolina Attorney General and its co-counsel Ogletree Deakins, and its staff, counsel

for the Speaker, counsel for the President Pro Tem, and counsel for defendant McCrory and his staff and any of the defendants in the case including the State of North Carolina and all of its agencies and officials;

    (b)    counsel for the plaintiffs (including the United States Department of Justice) and their staff, plaintiffs' co-counsel and their staffs and any of the plaintiffs, including the organizational plaintiffs and their officers, employees, and agents.

    33B    No privilege log shall be required for any documents created prior to or after August 12, 2013, in the possession, custody or control of members of the General Assembly and their staff or legislative employees that are covered by legislative privilege, legislative immunity, or legislative confidentiality.

3. Defendants propose that paragraph 40 of plaintiffs' proposed order be deleted.

4. Briefing Schedule

The parties agree that briefing is necessary on the issues raised by the parties' disagreement regarding the ESI order. Defendants propose the following briefing schedule:

    (a)    Opening briefs from all parties shall be due on December 30, 2013, with reply briefs due on January 6, 2014.

(b) In the alternative, defendants' opening brief shall be due on December 30, 2013, plaintiffs' response briefing shall be due on January 6, 2014, and defendants' reply brief shall be due on January 9, 2014.

Dated: December 19, 2013

Respectfully submitted,

*For the North Carolina & North Carolina State Board of Elections Defendants:*

/s/Alexander McC. Peters
ALEXANDER McC. PETERS
NCSB # 13654
Senior Deputy Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
E-mail: apeters@ncdoj.gov

/s/Thomas A. Farr
THOMAS A FARR (NCSB # 10871)
PHILLIP J. STRACH (NCSB # 29456)
Ogletree, Deakins, Nash, Smoak, & Stewart, P.C.
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609
Email: phil.strach@odnss.com
Email: thomas.farr@odnss.com

*For the North Carolina Governor:*

/s/Karl S. Bowers, Jr.
KARL S. BOWERS, JR.
P.O. Box 50549
Columbia, SC 29250
Phone: (803) 260-4124
Email: butch@butchbowers.com

/s/Robert C. Stephens
ROBERT C. STEPHENS
NCSB # 4150
General Counsel
Officer of the Governor of North Carolina
20301 Mail Service Center
Raleigh, NC  27699
Phone: (919) 814-2027
Email: bob.stephens@nc.gov

# CERTIFICATE OF SERVICE

I, Thomas A. Farr, hereby certify that I have this day electronically filed the foregoing **Defendants' Motion Regarding Order On Electronically Stored Documents and Emergency Request for Briefing Schedule** with the Clerk of Court using the CM/ECF system which will provide electronic notification of the same to the following:

*Counsel for United States of America*:

| | |
|---|---|
| John A. Russ IV | Gill P. Beck |
| Catherine Meza | Special Assistant United States Attorney |
| David G. Cooper | Office of the United States Attorney |
| Spencer R. Fisher | United States Courthouse |
| Elizabeth M. Ryan | 100 Otis Street |
| Attorneys, Voting Section | Asheville, NC 28801 |
| Civil Rights Division | |
| U.S. Department of Justice | |
| Room 7254-NWB | |
| 950 Pennsylvania Avenue, N.W. | |
| Washington, DC 20530 | |

*Counsel for NCAAP Plaintiffs:*

| | |
|---|---|
| Penda D. Hair | Adam Stein |
| Edward A. Hailes, Jr. | TIN FULTON WALKER & OWEN |
| Denise D. Liberman | 312 West Franklin Street |
| Donita Judge | Chapel Hill, NC 27516 |
| Caitlin Swain | astein@tinfulton.com |
| ADVANCEMENT PROJECT | |
| Suite 850 | Thomas D. Yannucci |
| 1220 L Street, N.W. | Daniel T. Donovan |
| Washington, DC 20005 | Susan M. Davies |
| phair@advancementproject.com | K. Winn Allen |
| | Uzoma Nkwonta |
| Irving Joyner | Kim Knudson |
| P.O. Box 374 | Anne Dechter |
| Cary, NC 27512 | KIRKLAND & ELLIS LLP |
| ijoyner@nccu.edu | 655 Fifteenth St., N.W. |
| | Washington, DC 20005 |
| | tyannucci@kirkland.com |

*Counsel for League of Women Voters Plaintiffs:*

Anita S. Earls
Allison J. Riggs
Clare R. Barnett
Southern Coalition for Social Justice
1415 Hwy. 54, Suite 101
Durham, NC 27707
anita@southerncoalition.org

Dale Ho
ACLU Voting Rights Project
125 Broad Street
New York, NY 10004
dale.ho@aclu.org

Laughlin McDonald
ACLU Voting Rights Project
2700 International Tower
229 Peachtree Street, NE
Atlanta, GA 30303
lmcdonald@aclu.org

Christopher Brook
ACLU of North Carolina Legal Foundation
PO Box 28004
Raleigh, NC 27611-8004
cbrook@acluofnc.org

This the 19th day of December, 2013.

OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.

/s/ Thomas A. Farr
Thomas A. Farr (N.C. Bar No. 10871)
4208 Six Forks Road, Suite 1100
Raleigh, NC 27609
Telephone: 919.787.9700
Facsimile: 919.783.9412
thomas.farr@odnss.com

*Co-Counsel for Defendants North Carolina and State Board of Elections Defendants*