## SUPPLEMENTAL INDEX FOR JOINT APPENDIX VOLUME I DECLARATIONS

The chart below provides identifying information for the plaintiff and fact witness declarants contained in Volume I of the Joint Appendix.

### PLAINTIFFS' DECLARATIONS

| JA / Tab Number | Declarant | Declarant Description |
|---|---|---|
| **1.** | **Kay Gordon Brandon** | Kay Gordon Brandon is a North Carolina citizen that has helped ensure that local candidates and elected officials are responsive to the economic and environmental needs of the entire city, including its historically disadvantaged neighborhoods. |
| **2.** | **Sarah Bufkin** | Sarah Bufkin is a North Carolina citizen and a graduate of University of North Carolina at Chapel Hill. |
| **3.** | **Bessie Carrington** | Bessie Carrington is a North Carolina citizen that has worked on voting rights protections and voter services in North Carolina. |
| **4.** | **Masac Dorlouis** | Masac Dorlouis is a North Carolina citizen and has helped organize several voter registration drives and get-out-the-vote efforts in predominantly African-American and low-income communities in North Carolina. |
| **5.** | **Rosanell Eaton** | Rosanell Eaton is a North Carolina citizen. Ms. Eaton has served in a variety of civic capacities and participated in get-out-the-vote activities. |
| **6.** | **Armenta Eaton** | Armenta Eaton is a North Carolina citizen and has participated in get-out-the-vote activities and registration and voter education drives to inform voters of their voting precinct and polling place. |
| **7.** | **Nicole Little** | Nicole Little is a North Carolina citizen. Ms. Little is a 2013 graduate of Wake Forest University in Winston Salem, North Carolina. |
| **8.** | **Renee Michaux** | Renee Michaux is a North Carolina citizen who has helped engage African American communities in voting. |
| **9.** | **Melvin Montford** | Melvin Montford, a North Carolina citizen, has participated in get-out-the-vote ("GOTV") work, voter registration and voter education. |

| JA / Tab Number | Declarant | Declarant Description |
|---|---|---|
| **10.** | **Reverend Dr. William J. Barber II (North Carolina National Association for the Advancement of Colored People)** | Reverend Dr. Willing J. Barber II is a North Carolina citizen and the President of the North Carolina National Association for the Advancement of Colored People, a non-profit grassroots organization whose mission is to ensure the political, educational, social, and economic equality of rights of all persons and to eliminate racial hatred and racial discrimination. |
| **11.** | **Maria Teresa Unger Palmer** | Maria Teresa Unger Palmer is a North Carolina citizen and an elected official of the Town Council of Chapel Hill, North Carolina. She has participated in voter registration drives and get-out-the-vote activities. |
| **12.** | **Bob Phillips** | Bob Phillips is a North Carolina citizen who has been devoted to canvassing under-served neighborhoods in order to get out the vote ("GOTV"). |
| **13.** | **Octavia Rainey** | Octavia Rainey is a North Carolina citizen and volunteers in precincts and communities in Wake County to assist voters to know where they are supposed to vote, the relevant election dates and deadlines, and that each eligible voter has materials on all candidates running for political office in their area. |
| **14.** | **Hugh Stohler** | Hugh Stohler is a North Carolina citizen that has been involved in political and civic engagement efforts in Raleigh for the past 30 years. |
| **15.** | **Goldie Wells** | Goldie Franks is a North Carolina citizen that has helped to promote voter registration and turnout in North Carolina. |

## FACT WITNESSES' DECLARATIONS

| JA / Tab Number | Declarant | Declarant Description |
|---|---|---|
| **16.** | **Gary Bartlett** | Gary Bartlett served as Executive Director of the North Carolina State Board of Elections for over 20 years. |
| **17.** | **Henry M. Michaux, Jr.** | Henry Michaux has served in the North Carolina House of Representatives for more than thirty-five years. He is the elected representative for North Carolina House District 31, which currently encompasses portions of Durham County and includes portions of Durham, N.C. |
| **18.** | **Josh Stein** | Josh Stein was elected as a representative for North Carolina Senate District 16, which encompasses portions of Wake County, in 2009. |
| **19.** | **George Gilbert** | George Gilbert was the Director of the Guilford County Board of Elections from February 1988 to March 2013. |
| **20.** | **Alma Adams** | Alma Adams is the elected representative for North Carolina House District 58 in Guilford County, having served as such for 21 years. |
| **21.** | **Daniel T. Blue, Jr.** | Daniel Blue is the elected Senator representing North Carolina's 14th Senatorial district in Wake County. He has served in the North Carolina House of Representatives for 24 years. |
| **22.** | **Larry Hall** | Larry Hall has been the elected representative for North Carolina's 29th House District since 2006. He is also a member of the North Carolina Legislative Black Caucus and has served on numerous legislative committees. |
| **23.** | **Earline Parmon** | Earline Parmon has been the elected Senator for North Carolina Senate District 32, which encompasses Forsyth County, since 2013. She is the first African American to represent Forsyth County in the Senate. |
| **24.** | **Shelly Willingham** | Shelly Willingham was a member of the Edgecombe County Board of Elections ("CBOE") from 2009 to February 2014 and previously served as a state representative in the North Carolina |

| JA / Tab Number | Declarant | Declarant Description |
|---|---|---|
| | | General Assembly. |
| **25.** | **Rick Glazier** | Rick Glazier has served as the elected Representative for North Carolina House, representing two different iterations of District 44, for more than 11 years. |
| **26.** | **Pricey Harrison** | Pricey Harrison has served as the elected representative for North Carolina, representing two different iterations of House District 57, for more than 9 years. |
| **27.** | **Kenneth Leigh Goodman** | Kenneth Leigh Goodman has served in the North Carolina House of Representatives for nearly 4 years. |
| **28.** | **Floyd McKissick, Jr.** | Floyd McKissick, Jr. is the elected representative for North Carolina Senate District 20, a rural district largely made up of low income residents. He has served as as Chairman of the North Carolina Legislative Black Caucus since 2011. |
| **29.** | **Eleanor G. Kinnaird** | Eleanor G. Kinnaird was the elected representative for North Carolina Senate District 23 for over 16 years. |
| **30.** | **Angela R. Bryant** | Senator Angela R. Bryant is a Senator for North Carolina Senate District 4 and previously served in the North Carolina House for 5 years. |
| **31.** | **Grier Martin** | Grier Martin has served in the North Carolina House of Representatives for more than 8 years. |
| **32.** | **Jacqueline Taylor** | Jacqueline Taylor served as Director of the Halifax County Board of Elections ("CBE") from March 2000 to June 2009. |
| **33.** | **Marilyn Harris** | Marilyn Harris served as a member of the Halifax County Board of Elections ("CBE") from 2009-2012. She served as Chairman and Secretary of the Board during both terms. |
| **34.** | **Harry L. Sawyer, Jr.** | Harry L. Sawyer, Jr. served as the elected Supervisor of Elections for Monroe County, Florida for 24 years from 1988 to 2012. |
| **35.** | **Ion Sancho** | Ion Sancho is the Supervisor of Elections for Leon County, Florida and has served in that position for over 25 years. |
| **36.** | **Dawson Blaire Gould** | Dawson Blaire Gould is a student at Appalachian State University in Watauga County, North Carolina. |

## DEPOSITION TRANSCRIPTS

| JA / Tab Number | Date | Description |
|---|---|---|
| **37.** | **04/16/2014** | Kim Strach |
| **38.** | **04/17/2014** | Marc Burris |
| **39.** | | CD enclosing Complete Transcript of Kim Strach and Marc Burris |

## SUPPLEMENTAL INDEX FOR JOINT APPENDIX VOLUME II EXPERT REPORTS

The chart below identifies the expert reports contained in Volume II of the Joint Appendix.

| Tab Number | Expert | Expert Description |
|---|---|---|
| **40.** | **Paul Gronke, Ph.D.**<br><br>Early voting and voting behavior | Dr. Paul Gronke is a Professor of Political Science at Reed College and Founder and is the Director of the Early Voting Information Center, a non-partisan center for the study of non-precinct place voting in the United States. |
| **41.** | **Alan J. Lichtman, Ph.D.**<br><br>Social science analysis of civil rights issues | Dr. Alan J. Litchtman is a Professor of History at American University and the author of numerous scholarly works on quantitative methodology in social science. |
| **42.** | **Charles Stewart III, Ph.D.**<br><br>Election administration | Dr. Charles Stewart III is a Kenan Shain Distinguished Professor of Political Science at the Massachusetts Institute of Technology, a consultant with the Pew Charitable Trusts, and the author of numerous publications on election law. |

KE 31772629.1

## SUPPLEMENTAL INDEX FOR JOINT APPENDIX VOLUME III
## EXPERT REPORTS

The chart below identifies the expert reports contained in Volume III of the Joint Appendix.

| Tab Number | Expert | Expert Description |
|---|---|---|
| **43.** | **Lorraine C. Minnite, Ph.D.**<br><br>Lack of voter fraud | Dr. Lorraine C. Minnite is an Associate Professor in the Department of Public Policy and Administration at Rutgers and co-author of a study on voter fraud for Demos, a public policy research and advocacy organization. |
| **44.** | **Barry Burden, Ph.D.**<br><br>Election administration | Dr. Barry Burden is a Professor of Political Science at the University of Wisconsin-Madison and co-founder of the Election Administration Project at the University of Wisconsin-Madison. |
| **45.** | **Cynthia M. Duncan, Ph.D.**<br><br>Poverty and social change | Dr. Cynthia M. Duncan is the founding director of the Carsey Institute at the University of New Hampshire, a research institute endowed to conduct rigorous policy-relevant research on vulnerable communities. |
| **46.** | **J. Morgan Kousser, Ph.D.**<br><br>Minority voting rights and racial discrimination | Dr. Kousser is a William R. Kenean, Jr. Professor of History and Social Science at the California Institute of Technology and the author of numerous publications on minority voting rights and racial discrimination. |
| **47.** | **Steven F. Lawson, Ph.D**<br><br>20th-century American History | Dr. Steven Lawson is a Professor at Rutgers University and the author of two-award winning books on the civil rights movement and black politics. |
| **48.** | **James L. Leloudis II, Ph.D.**<br><br>History of race, political labor and reform in the 19th and 20th century American South | Dr. James L. Leloudis II is a Professor of History at the University of North Carolina at Chapel Hill and is the author of numerous publications on the history or race, politics, labor and reform. |

KE 31772632.1

| | | |
|---|---|---|
| **49.** | **Theodore T. Allen, Ph.D.**<br><br>Statistics, operations research and engineering | Dr. Theodore T. Allen is an Associate Professor of Industrial Engineering at the Ohio State University and is the author of numerous publications related to studying and mitigating election lines. |
| **50.** | **Peter Levine, Ph.D;**<br><br>**Seth Avakian, Ph.D; and**<br><br>**Kei Kawashima-Ginsberg, Ph.D**<br><br>Youth voting and civic engagement | Dr. Peter Levine is a Lincoln Filene Professor of Citizenship and Public Affairs at Tufts University and is the author of many books and articles on state policy for voting and civic engagement<br><br>Dr. Seth Avakin is a researcher for the National Study of Learning, Voting, and Engagement at the Center for Information and Research on Civic Learning and Engagement ("CIRCLE")<br><br>Dr. Kei Kawashima-Ginsberg is a psychologist and is CIRCLE's Deputy Director. |

## SUPPLEMENTAL INDEX FOR JOINT APPENDIX VOLUME IV EXHIBITS

The chart below identifies the documents cited by Plaintiffs and the United States as exhibits to the Motion for Preliminary Injunction contained in Volume IV of the Joint Appendix.

| Tab Number | Date | Exhibit Description |
|---|---|---|
| **51.** | 02/13/1997 | State Board of Elections document re Traffic Jam: Election Day Long Lines |
| **52.** | 01/01/2008 | *Distribution of Licensed Drivers- 2006 by Sex and Percentage in Each Age Group and Relation to Population*, a report of the US Department of Transportation Federal Highway Administration |
| **53.** | 07/14/2008 | Letter from Stevie Lawrence to Larry Shaw re Early Voting for Fayetteville State University Students |
| **54.** | 10/30/2008 | State Board of Elections Memorandum to County Board of Elections re One-Stop Absentee Voting Hours - November 1, 2008 (2008-25) |
| **55.** | 11/3/2008 | *Voting Rights Watch: NAACP Wants Probe After Casket with Obama Picture is Displayed N.C. Polling Station*, Institute for Southern Studies article (November 3, 2008) |
| **56.** | 03/31/2009 | State Board of Elections Report on Implementation of Same Day Registration (March 31, 2009) |
| **57.** | 01/01/2010 | Same Day Registration Summary: 2010 General Election |
| **58.** | 02/9/2011 | Memorandum re State Board of Elections and North Carolina Department of Motor Vehicles Voter Registration Database Identification Analysis |
| **59.** | 02/16/2011 | Memorandum re State Board of Elections and North Carolina Department of Motor Vehicles Voter Registration Database Identification Analysis |
| **60.** | 05/18/2011 | State Board of Elections Memorandum re House Bill 658 |
| **61.** | 08/28/2012 | State Board of Elections Numbered Memorandum re Proof of Residence for Same Day Registrants (2012-20) |
| **62.** | 10/22/2012 | State Board of Elections Numbered Memorandum re Recommendations and Reminders to Facilitate the 2012 One-stop Voting Process (2012-22) |
| **63.** | 10/23/2012 | State Board of Elections Numbered Memorandum re 2012 One-Stop Voting Process (2012-23) |
| **64.** | 11/02/2012 | *Justice Department to Monitor Polls in 23 States on Election Day*, a Department of Justice Press Release |
| **65.** | 01/01/2013 | *All Together Now: Collaboration and Innovation for Youth Engagement*, A report of the Commission on Youth Voting and Civic Knowledge |

| Tab Number | Date | Exhibit Description |
| --- | --- | --- |
| **66.** | 01/7/2013 | State Board of Elections 2013 Department of Motor Vehicles Identification Analysis |
| **67.** | 01/30/2013 | State Board of Elections Analysis of Same Day Registrations in 2012 Primary and General Election |
| **68.** | 02/11/2013 | State Board of Elections Data from the 2012 Elections: Mail Verification Analysis of New Voters |
| **69.** | 03/05/2013 | Emails from Sponsors of H.B. 589 to SBOE re: Data on Photo ID, One-Stop and Provisional Voting by Race, Age, Gender |
| **70.** | 03/05/2013 | Email from V. Degraffenreid to G. Bartlett, J. McLean and M. Burris attaching January 2013 DMV ID Matching Report and March 2013 Supplemental Report dated March 5, 2013 |
| **71.** | 03/11/2013 | State Board of Elections Memorandum & Attachments to House Elections Committee and House Appropriations Subcommittee on General Government |
| **72.** | 03/12/2013 | Email from V. Degraffenreid to Representatives Warren, Murry, and Samuelson re Request |
| **73.** | 03/13/2013 | Email from G. Bartlett to S. Mooneyham re Supplemental Tables for Representative Warren |
| **74.** | 04/01/2013 | Spreadsheet of Racial Data Prepared at the Request of Rep. D. Lewis |
| **75.** | 04/01/2013 | State Board of Elections Numbered Memos 4-578 to 4-596 re Early Voting Project |
| **76.** | 04/03/2013 | *Bill Cook Seeks to Put Integrity Back in Our Elections Procedures*, a Beaufort Observer article |
| **77.** | 04/04/2013 | *House Republicans File Voter ID Bill*, a WRAL.com article |
| **78.** | 04/08/2013 | Email from E. Churchill to G. Bartlett, J. McLean, V. Degraffenreid, and M. Burris re Absentee Ballots |
| **79.** | 04/10/2013 | *NC Bills Could Cut Early Voting, Affect College Students*, a Lumina News Article |
| **80.** | 04/17/2013 | Email from V. Degraffenreid to V. Degraffenreid re ID Analysis attaching DMV ID Matching Report dated April 17, 2013 |
| **81.** | 06/25/2013 | *NC Voter ID Bill Moving Ahead with Supreme Ruling*, article |
| **82.** | 07/01/2013 | Email from G. McCue to K. Strach attaching One-Stop Survey Report Data |
| **83.** | 07/01/2013 | Email from G. McCue to K. Strach attaching Analysis of Reducing One-Stop Period: House Bill 451 |
| **84.** | 07/18/2013 | Press Release re Senate Releases Photo ID Proposal |

| Tab Number | Date | Exhibit Description |
|---|---|---|
| **85.** | 07/24/2013 | Press Release re Senate Approves Bill Requiring Photo ID to Vote |
| **86.** | 07/25/2013 | *Widespread Voter Fraud Not An Issue in NC, Data Shows*, a WKRG.com article |
| **87.** | 07/29/2013 | *Widespread Voter Fraud Not an Issue in NC*, a Report by FOX |
| **88.** | 08/04/2013 | Email from V. Degraffenreid to B. Webb re House Bill 589 & Preregistrations |
| **89.** | 08/08/2013 | Email from J. Felts to R. Tronovitch and K. Genardo attaching Election Reform One-Pager |
| **90.** | 08/08/2013 | Email from J. Felts to R. Tronovitch and K. Genardo attaching Revised Election reform One-Pager |
| **91.** | 08/21/2013 | *Blust Says Voting Changes are Meant to Strike a Proper Balance*, Doug Clark article |
| **92.** | 08/30/2013 | Email from K. Strach to T. Forsberg re Registration for 18 Year Old |
| **93.** | 11/14/2013 | Email from V. Degraffenreid to B. Webb re Change Request |
| **94.** | 11/25/2013 | Email from B. Webb to V. Degraffenreid attaching HB 589 (VIVA) |
| **95.** | 12/18/2013 | Presentation entitled "2013 Election Directors Conference - VIVA Update" |
| **96.** | 4/1/2014 | State Board of Elections Presentation to Joint Legislative Elections Oversight Committee |
| **97.** | 5/13/2014 | *Voter Registration in NC*, a page from the North Carolina State Board of Elections Website |
| **98.** | 5/13/2014 | *Changing Your Voter Registration in North Carolina*, a page from the North Carolina State Board of Elections Website |
| **99.** | 5/15/2014 | Peyton McCrary Declaration |
| **100.** | Undated | Survey Report re Requests for Reduction of Cumulative Hours of One-Stop Voting, 2014 Primary |
| **101.** | Undated | Mecklenburg CBOE Early In-Person Voting Project Report |
| **102.** | Undated | Southern Coalition for Social Justice Graph re Total Accepted One-Stop Early Votes |

| Tab Number | Date | Exhibit Description |
|---|---|---|
| **103.** | Undated | *Race as a Tool in the Struggle for Political Mastery: North Carolina's 'Redemption' Revisited 1870-1905 and 2011-2013*, a Law and Inequality article |
| **104.** | Undated | *Governor McCrory Signs Popular Voter ID into Law*, a Governor P. McCrory Newsroom Article |

## SUPPLEMENTAL INDEX FOR JOINT APPENDIX VOLUME V LEGISLATIVE, ADMINISTRATIVE, AND COURT DOCUMENTS

The chart below identifies the legislative, administrative, and court documents cited by Plaintiffs in their Motion for Preliminary Injunction and contained in Volume V of the Joint Appendix.

| Tab | Date | Document Description |
|---|---|---|
| **Legislative Materials Related to North Carolina House Bill 589 (2013)** | | |
| *Bill Versions* | | |
| **105.** | April 4, 2013 | HB 589 as filed |
| **106.** | April 8, 2013 | HB 589 version 5 |
| **107.** | July 23, 2013 | HB 589 version 6 |
| **108.** | July 24, 2013 | HB 589 version 7 |
| **109.** | July 26, 2013 | HB 589 as ratified |
| **110.** | Undated | HB 589 Session Law |
| *Amendments* | | |
| **111.** | July 25, 2013 | HB 589 House Amendment 7 |
| **112.** | July 25, 2013 | HB 589 House Amendment 8 |
| **113.** | July 25, 2013 | HB 589 House Amendment 10 |
| **114.** | July 24, 2013 | HB 589 Senate Amendment 2 |
| **115.** | July 24, 2013 | HB 589 Senate Amendment 4 |
| **116.** | July 24, 2013 | HB 589 Senate Amendment 7 |
| **117.** | July 24, 2013 | HB 589 Senate Amendment 8 |
| **118.** | July 24, 2013 | HB 589 Senate Amendment 9 |
| **119.** | July 24, 2013 | HB 589 Senate Amendment 11 |
| **120.** | July 24, 2013 | HB 589 Senate Amendment 14 |
| *Bill History, Roll Call Votes, and Other Materials* | | |
| **121.** | Undated | HB 589 Bill History |
| **122.** | April 24, 2013 | VIVA House Floor Votes |
| **123.** | April 24, 2013 | HB 589 House Roll Call Vote |
| **124.** | July 25, 2013 | HB 589 Senate Roll Call Vote |
| **125.** | July 25, 2013 | HB 589 House Roll Call Vote |

KE 31772640.1

| Tab | Date | Document Description |
|---|---|---|
| **126.** | July 25, 2013 | HB 589 Fiscal Note |
| | | *Excerpts of Transcripts* |
| **127.** | March 12, 2013 | House Election Committee Transcript of Proceedings |
| **128.** | March 13, 2013 | House Election Committee Transcript of Proceedings |
| **129.** | April 3, 2013 | House Election Committee Transcript of Proceedings |
| **130.** | April 10, 2013 | House Election Committee Transcript of Public Hearing on Voter Identification |
| **131.** | April 10, 2013 | House Election Committee Transcript of Proceedings |
| **132.** | April 17, 2013 | House Election Committee Transcript of Proceedings |
| **133.** | April 23, 2013 | House Appropriations Committee Transcript of Proceedings |
| **134.** | April 24, 2013 | House Floor Session Transcript of the Proceedings |
| **135.** | July 23, 2013 | Senate Rules Committee Transcript of Proceedings |
| **136.** | July 24, 2013 | Senate Floor Session Transcript of Proceedings |
| **137.** | July 25, 2013 | Senate Floor Session Transcript of Proceedings |
| **138.** | July 25, 2013 | House Floor Session, Transcript of Proceedings |
| **139.** | - | CD of Complete Transcripts of the Proceedings |
| | | **Other North Carolina Legislative Documents** |
| **140.** | April 25, 2001 | North Carolina House HB 977 Transcript Roll Call Votes |
| **141.** | July 18, 2001 | North Carolina HB 831 House Roll Call Votes |
| **142.** | July 25, 2001 | North Carolina HB 831 Senate Roll Call Vote |
| **143.** | July 25, 2001 | North Carolina SB 836 Senate Roll Call Vote |
| **144.** | March 1, 2005 | North Carolina SB 133 Senate Roll Call Vote |
| **145.** | February 22, 2005 | North Carolina SB 133 House Roll Call Vote |
| **146.** | March 2, 2005 | North Carolina Session Law 2005-2 (Senate Bill 133) |
| **147.** | Undated | North Carolina HB 91 Bill History |
| **148.** | July 11, 2007 | North Carolina HB 91 House Roll Call Vote |
| **149.** | July 11, 2007 | North Carolina HB 91 Senate Roll Call Vote |
| **150.** | July 27, 2007 | North Carolina Session Law 2007-253 (House Bill 91) |
| **151.** | April 4, 2013 | North Carolina SB 667 |
| **152.** | Undated | Rule 10(b) of the 2013 North Carolina General Assembly House |

| Tab | Date | Document Description |
|---|---|---|
| | | Rules |
| **153.** | February 11, 2014 | North Carolina Senate Demographics for the 150th Session (2013-2014) |
| **154.** | April 10, 2014 | North Carolina House of Representative Demographics for the 150th Session (2013-2014) |
| **Federal Legislative, Administrative, and Court Documents** | | |
| **155.** | August 7, 1965 | Determination of the Attorney General Pursuant to Section 4(b)(1) of the Voting Rights Act of 1965 (30 Federal Register 9897) |
| **156.** | January 4, 1996 | Department of Commerce Determination of the Director Regarding Voting Rights (31 Fed. Reg. 19) |
| **157.** | March 2, 1966 | Department of Commerce Determination of the Director Regarding Voting Rights (31 Fed. Reg. 3317) |
| **158.** | March 29, 1966 | Department of Commerce Determination of the Director Regarding Voting Rights (31 Fed. Reg. 5080) |
| **159.** | March 23, 1971 | Excerpts from the 117th House of Representatives' Congressional Record |
| **160.** | March 8, 1971 | S. Rep. No. 92-26 |
| **161.** | April 21, 1992 | U.S. Department of Justice Objection Letter |
| **162.** | November 16, 1993 | U.S. Department of Justice Objection Letter |
| **163.** | October 19, 2011 | *Allen v. City of Evergreen, Alabama (1:13-cv-00107)* Order |
| **164.** | April 30, 2012 | U.S. Department of Justice Objection Letter |
| **165.** | January 13, 2014 | *US v. Alameda County, Cal. (3:11-cv-03262)* Consent Dectree, Judgment, and Order |